**Order entered October 13, 2017**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-17-00539-CV

### IN THE INTEREST OF A.R.M., A CHILD

**On Appeal from the 330th Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. DF-13-09646**

## ORDER

Before the Court is appellant's October 11, 2017 unopposed fifth motion to extend time for filing brief. We **GRANT** the motion and **ORDER** the brief be filed no later than October 16, 2017.

/s/    CRAIG STODDART
        JUSTICE